# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | Civil No. 1:24-CV-01683 |
| Plaintiff, | : | |
| v. | : | |
| DWAYNE A. REID, JR., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 10th day of March, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 12, is **ADOPTED IN PART**.

2) The court **SUSTAINS** Plaintiff's objection, Doc. 13, to the report and recommendation.

3) Plaintiff's motion to remand, Doc. 4, is **GRANTED**.

4) The Clerk of Court shall remand this matter to York County Magisterial District Court No. 19-1-01 and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
